| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>VRATIL, KATHRYN H. | 2. Court or Organization<br><br>DISTRICT OF KANSAS | 3. Date of Report<br><br>03/16/2010 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>500 STATE AVENUE, SUITE 529<br>KANSAS CITY, KANSAS 66101-2435 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

Vratil, Kathryn H.

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H. | 03/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | AT&T pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H. | 03/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Student Loans | K |
| 2. National Education | Student Loans | K |
| 3. ISAC/CORUS | Student Loans | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H. | 03/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Life Ins. Policies | B | Dividend | J | T | | | | | |
| 2. Massachusetts Mutual Life Ins. Policy | C | Dividend | L | T | | | | | |
| 3. Columbia Acorn Fund (IRA) | A | Dividend | K | T | Buy | 12-09 | J | | |
| 4. American Century Income & Growth | A | Dividend | | | Sold | 05-05 | J | | |
| 5. Banc One Corp Notes | A | Interest | | | Matured | 02-17 | K | A | |
| 6. GNMA PL | A | Interest | J | T | Repayment | 01-15 | J | | |
| 7. | | | | | Repayment | 02-17 | J | | |
| 8. | | | | | Repayment | 03-16 | J | | |
| 9. | | | | | Repayment | 04-15 | J | | |
| 10. | | | | | Repayment | 05-15 | J | | |
| 11. | | | | | Repayment | 06-15 | J | | |
| 12. | | | | | Repayment | 07-15 | J | | |
| 13. | | | | | Repayment | 08-15 | J | | |
| 14. | | | | | Repayment | 09-15 | J | | |
| 15. | | | | | Repayment | 10-15 | J | | |
| 16. | | | | | Repayment | 11-16 | J | | |
| 17. | | | | | Repayment | 12-15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H. | 03/05/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Artio Intl Equity Fd | B | Dividend | K | T | | | | | |
| 19. Schwab International Index Fund | A | Dividend | J | T | | | | | |
| 20. Orthologic Corp. (IRA) | | None | J | T | | | | | |
| 21. California Amplifier (IRA) | | None | J | T | | | | | |
| 22. Schwab Muni Money Fund | A | Dividend | J | T | | | | | |
| 23. FAM Value Fund | | None | | | Sold | 06-04 | J | | |
| 24. Artio Intl Equity Fd II CL A | | None | | | Sold | 05-06 | J | | |
| 25. Schwab Yield Plus Inv Shares | A | Dividend | | | Sold | 02-02 | J | | |
| 26. Vanguard Total Stock Mkt Stk Mkt Vipers Index Fd (Trust #1) | A | Dividend | K | T | Buy | 04-02 | J | | |
| 27. | | | | | Buy | 07-01 | K | | |
| 28. | | | | | Sold (part) | 09-04 | J | | |
| 29. | | | | | Buy | 09-30 | J | | |
| 30. | | | | | Buy | 12-30 | J | | |
| 31. Columbia Value & Restructuring | A | Dividend | L | T | Sold (part) | 03-17 | J | | |
| 32. | | | | | Buy | 03-24 | J | | |
| 33. | | | | | Buy | 06-23 | J | | |
| 34. | | | | | Buy | 09-22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H. | 03/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 12-08 | J | | |
| 36. iShares MSCI Emrg Mkt Fd Emerging Markets Indx (IRA) | A | Dividend | J | T | Buy | 06-30 | J | | |
| 37. Janus Growth & Income Fd (IRA) | A | Dividend | L | T | Sold (part) | 03-17 | J | | |
| 38. | | | | | Buy | 03-31 | J | | |
| 39. | | | | | Buy | 06-24 | J | | |
| 40. | | | | | Buy | 09-30 | J | | |
| 41. | | | | | Buy | 12-18 | J | | |
| 42. Laudus Intl Mktmstrs Fund Select Shares (IRA) | A | Dividend | L | T | Sold (part) | 03-17 | J | | |
| 43. | | | | | Buy | 12-17 | J | | |
| 44. William Blair Small Cap Growth Fund Class N (IRA) | | None | | | Sold | 03-17 | J | | |
| 45. Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 46. Blackrock Health Sciences Fund Inv CL A (IRA) | | None | K | T | | | | | |
| 47. Schwab Cash Reserves (IRA) | A | Dividend | J | T | | | | | |
| 48. Transamerica Premier Equity Fund Inv CL (IRA) | | None | | | Sold | 03-17 | J | | |
| 49. American Century Equity Income Fund Inv (IRA) | B | Dividend | L | T | Buy | 03-17 | J | | |
| 50. | | | | | Buy | 06-16 | J | | |
| 51. | | | | | Buy | 09-15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H. | 03/05/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 12-29 | J | | |
| 53. Janus Overseas Fund (IRA) | A | Dividend | K | T | Buy | 06-24 | J | | |
| 54. | | | | | Buy | 12-22 | J | | |
| 55. Artio Intl Equity Fund CL A | B | Dividend | K | T | Buy | 12-29 | J | | |
| 56. Schwab 1 Cash Acct | A | Interest | J | T | | | | | |
| 57. Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 58. Citigrp Cap XVI 6.45% 66 due 12/31/66 | A | Interest | | | Sold | 09-30 | K | D | |
| 59. Vanguard Total Stock Mkt Stk Mkt Vipers | A | Dividend | J | T | Sold (part) | 01-08 | J | | |
| 60. | | | | | Buy | 04-02 | J | | |
| 61. | | | | | Sold (part) | 04-14 | J | | |
| 62. | | | | | Buy | 06-30 | J | | |
| 63. | | | | | Buy | 09-30 | J | | |
| 64. | | | | | Buy | 10-01 | J | | |
| 65. | | | | | Buy | 12-30 | J | | |
| 66. Schwab Cash Reserves Sweep Shares (Trust #1) | A | Dividend | J | T | | | | | |
| 67. Schwab Yield Plus Inv Shares | A | Dividend | J | T | Buy | 01-30 | J | | |
| 68. | | | | | Buy | 02-27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H. | 03/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 03-31 | J | | |
| 70. | | | | | Buy | 04-30 | J | | |
| 71. | | | | | Buy | 05-29 | J | | |
| 72. | | | | | Buy | 06-30 | J | | |
| 73. | | | | | Buy | 07-31 | J | | |
| 74. | | | | | Buy | 08-31 | J | | |
| 75. | | | | | Buy | 09-30 | J | | |
| 76. | | | | | Buy | 10-31 | J | | |
| 77. | | | | | Buy | 11-30 | J | | |
| 78. | | | | | Buy | 12-31 | J | | |
| 79. Gabelli Asset Fund AAA (IRA) | A | Dividend | K | T | Buy | 12-29 | J | | |
| 80. Alger Smallcap and Midcap A (IRA) | | None | | | Sold | 03-17 | K | | |
| 81. Schwab Value Advantage | A | Dividend | | | Sold | 02-17 | J | | |
| 82. PIMCO Total Return Fund | B | Dividend | K | T | Buy | 01-30 | J | | |
| 83. | | | | | Buy | 02-27 | J | | |
| 84. | | | | | Buy | 03-31 | J | | |
| 85. | | | | | Buy | 04-30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| VRATIL, KATHRYN H. | 03/05/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | . | | | | Buy | 05-29 | J | | |
| 87. | | | | | Buy | 06-30 | J | | |
| 88. | | | | | Buy | 07-31 | J | | |
| 89. | | | | | Buy | 08-31 | J | | |
| 90. | | | | | Buy | 09-30 | J | | |
| 91. | | | | | Buy | 10-31 | J | | |
| 92. | | | | | Buy | 11-30 | J | | |
| 93. | | | | | Buy | 12-09 | J | | |
| 94. | | | | | Buy | 12-31 | J | | |
| 95. iShares TR Lehman Bd Fd | A | Dividend | K | T | | | | | |
| 96. Technology Select Sector SPDS a/k/a Sector SPDR Tech Select | A | Dividend | K | T | | | | | |
| 97. Technology Select Sector SPDA a/k/a Sector SPDA Fincl Select | A | Dividend | K | T | Buy | 01-02 | J | | |
| 98. | | | | | Buy | 04-02 | J | | |
| 99. | | | | | Buy | 07-02 | J | | |
| 100. | | | | | Buy | 09-30 | J | | |
| 101. | | | | | Buy | 12-31 | J | | |
| 102. Perkins Mid Cap f/n/a Janus Mid Cap Value Investor (IRA) | A | Dividend | K | T | Buy | 06-24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| VRATIL, KATHRYN H. | 03/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 12-18 | J | | |
| 104. Vanguard Total Stock Mkt | B | Dividend | L | T | | | | | |
| 105. Schwab Investor Money Fd | A | Dividend | | | Buy | 02-17 | J | | |
| 106. | | | | | Sold | 08-12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H. | 03/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H. | 03/05/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544